**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Andrew F Vergara |
| Debtor 2 (Spouse, if filing) | Elizabeth A Vergara |
| United States Bankruptcy Court for the: | Northern District of CA (State) |
| Case number | 14-02950 |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** CitiBank, N.A.

**Court claim no.** (if known): N/A

**Last 4 digits** of any number you use to identify the debtor's account: 4 3 4 4

**Property address:** 18082 W Banbury Dr.
Number    Street

Gurnee,              IL        60031
City                 State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

■ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

■ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 11/27/2012
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/____
MM / DD / YYYY

Debtor 1 __Andrew F Vergara__    Case number (*if known*) __14-02950__
        First Name    Middle Name    Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☒ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ __/s/ Aaron Hardison__    Date __05__/__03__/__2017__
  Signature

Print __Aaron__   __Hardison__    Title __Bankruptcy Specialist III__
     First Name    Middle Name    Last Name

Company __CitiMortgage, Inc.__

If different from the notice address listed on the proof of claim to which this response applies:

Address __PO Box 6040__
     Number    Street

__Sioux Falls,__    __SD__    __57117__
City    State    ZIP Code

Contact phone (__866__) __613__ – __5636__    Email __CitiBKAudit@citi.com__

**Case No:** 14-02950

# UNITED STATES BANKRUPTCY COURT

## Certificate of Service

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: 05/03/2017

| | |
|---|---|
| Chapter 13 Trustee: | Glenn B Stearns |
| Trustee Address: | 801 Warrenville Road<br>Suite 650<br>Lisle, IL 60532 |
| Debtor's Counsel Name: | David H Cutler |
| Debtor's Counsel Address: | Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076 |
| Debtor 1 Name: | Andrew F Vergara |
| Debtor 2 Name: | Elizabeth A Vergara |
| Debtor's Mailing Address: | 18082 W Banbury Dr<br>Gurnee, IL 60031 |

| | |
|---|---|
| Signature: | /s/ Aaron Hardison |
| Title: | Bankruptcy Specialist III |
| Company: | CitiMortgage, Inc. |
| Address: | PO BOX 6040<br>Sioux Falls, SD 57117 |
| Phone: | 866-613-5636 |
| Email: | CitiBKAudit@citi.com |